IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
**ENTERED**
January 05, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| L. JADE, LLC d/b/a HU-DAT NOODLE HOUSE | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO.: C-17-00056 |
| v. | § § § | JURY TRIAL DEMANDED |
| HU DAT D'NOODLE HOUSE LLC, HANG THI BICH NGUYEN, ANH LE TRAN, and MINH LE TRAN | § § § § § | |
| Defendants. | § | |

## ORDER GRANTING JOINT MOTION TO WITHDRAW THE "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND MOTION FOR CONTINUING JURISDICTION"

The Court considered Plaintiff, L. Jade, LLC d/b/a Hu-Dat Noodle House, and Defendants, Hu Dat D'Noodle House LLC, Hang Thi Bich Nguyen, Anh Le Tran, and Minh Le Tran, in the above-styled and numbered cause (hereinafter "the Parties"), Joint Motion to Withdraw the "Joint Stipulation of Dismissal with Prejudice and Motion for Continuing Jurisdiction."

It is THEREFORE ORDERED, ADJUDGED, AND DECREED that the Joint Stipulation of Dismissal with Prejudice and Motion for Continuing Jurisdiction (Doc. 60) is withdrawn.

THE COURT SO ORDERS.

Entered on this ____ day of ____Jan____, 20__ by:

Hayden W. Head, Jr.
Sr. United States District Judge